UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 25-10094         BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Order (A) Approving Asset Purchase Agreement and Sale of the Debtor's Assets Pursuant to 11 U.S.C. 363, And (B) Granting Related Relief

Docket #: 141          Date Entered: 04/09/2025

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 151 | Date Filed: 04/15/2025 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Harbinger Motors Inc

**Appellee/Cross Appellee**

Jeoffrey Burtch, Chapter 7 Trustee

**Counsel for Appellant/Cross Appellant:**

Bradford J Sandler
John A Morris
919 N Market St, 17th FL
Wilmington, DE 19801
(Additional attorneys listed on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Mark E Felger
Gregory F Fisher
1201 N Market St, Suite 1001
Wilmington, DE 19801
(Additional attorneys listed on notice of appeal)

| Filing fee paid? | Yes ○ | No ● |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |

Civil Action Number:

(continued on next page)

**Notes:**  Interested Parties:

WHS Energy Solutions LLC f/k/a WHS Energy Solutions Inc

Attorneys:
Dennis A Meloro
Anthony W Clark
222 Delaware Ave, Suite 1600
Wilmington, DE  19801

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 04/15/2025         **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    25-21