IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| CANOO, INC., | ) | Bankruptcy Case No. 25-10094-BLS |
| | ) | Bankr. BAP No. 25-21 |
| Debtor. | ) | |
| _____ | ) | |
| HARBINGER MOTORS, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-461-MN |
| | ) | |
| JEOFFREY BURTCH, | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

At Wilmington, Delaware, this **20th day of May 2025**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties):

| | |
|---|---|
| May 28 | Harbinger serves and files its opening brief. |
| June 17 | Canoo serves and files its opposition brief. |
| June 23 | Harbinger serves and files its reply brief. |

                                                   */s/ Christopher J. Burke*
                                                   Christopher J. Burke
                                                   UNITED STATES MAGISTRATE JUDGE

2